# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 26, 2012

Lyle W. Cayce
Clerk

No. 12-30144
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELIJAH SAM,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana
No. 6:02-CR-60056-1

Before SMITH, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Elijah Sam has moved

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-30144

for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sam has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.